■ Lazaro Joel Montas, Appellant, v Sally H. Abouel-Ela, Respondent. [61 NYS3d 904]—

Judgment, Supreme Court, Bronx County (Howard H. Sherman, J.), entered April 26, 2016, upon a jury verdict in favor of defendant, unanimously affirmed, without costs.

Plaintiff has not demonstrated conduct by defendant's counsel that would warrant reversal. Defendant's counsel was properly permitted to cross-examine plaintiff's expert rebuttal witness about the circumstances surrounding his suspension from chiropractic school for falsely reporting that he had seen patients, a matter relevant to his credibility (*see generally Badr v Hogan*, 75 NY2d 629, 634 [1990]; *Spanier v New York City Tr. Auth.*, 222 AD2d 219, 220 [1st Dept 1995]). Although the conduct was 30 years ago, the witness opened the door to its relevancy by claiming that his expert knowledge of biomechanics came, in part, from his training as a chiropractor. Counsel's comments about the plaintiff's expert in summations were within the broad bounds of rhetorical comment (*see Selzer v New York City Tr. Auth.*, 100 AD3d 157, 163 [1st Dept 2012]).

In any event, the purportedly offensive comments did not "create a climate of hostility that so obscured the issues as to have made the trial unfair" (*Wilson v City of New York*, 65 AD3d 906, 908 [1st Dept 2009]; *cf. O'Neil v Klass*, 36 AD3d 677 [2d Dept 2007]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.